CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00618

Grove v. Davol, Inc. et al
Assigned to: Judge Lynn N. Hughes
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/25/2008
Date Terminated: 03/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Walter Ritchie Grove**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2008 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3508907) filed by Walter Ritchie Grove. (Attachments: # 1 Civil Cover Sheet Walter Ritchie Grove)(Alexander, David) (Entered: 02/25/2008) |
| 02/26/2008 | | ORDER FOR CONFERENCE.Initial Conference set for 5/19/2008 at 10:30 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(smurdock, ) (Entered: 02/26/2008) |
| 03/10/2008 | | ORDER STAYING CASE pending a decision by the MDL Panel. Case terminated on 3/10/2008.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 03/10/2008) |
| 04/01/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−16) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. 1842.(smurdock, ) (Entered: 04/03/2008) |
| 04/01/2008 | | Interdistrict transfer to USDC−RI. Sent Electronically., filed. (smurdock, ) (Entered: 04/03/2008) |